**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Boderick LAMOTHE, Defendant–**
**Appellant.**

No. 02–30674.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 10, 2003.

Stephen A. Higginson, Assistant US Attorney, Lynda Van Davis, US Attorney's Office, New Orleans, LA, for Plaintiff–Appellee.

Boderick Lamothe, pro se, Yazoo City, MS, for Defendant–Appellant.

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM.*

The lawyer appointed to represent Boderick Lamothe on appeal has moved for leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the brief and

the record discloses no nonfrivolous issue for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities in this case, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

